# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1751
_____

STEVEN C. FUSTOLO,

Petitioner,

v.

OLD HILL PARTNERS INC. and
JOHN C. HOWE,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 10, 2019

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary S. Edinger of Benjamin, Aaronson, Edinger & Patanzo, P.A., Gainesville; Marc John Randazza of Randazza Legal Group, Las Vegas, NV, for Petitioner.

R. Christopher Dix of Smith Hulsey & Busey, Jacksonville, for Respondents.